**William E. PIQUE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43789.**

Missouri Court of Appeals,
Western District.

Nov. 5, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 24, 1991.

Application to Transfer Denied
Jan. 28, 1992.

Anita L. Burns, Asst. Public Defender, Liberty, for appellant.

Michael Reardon, Pros. Atty., K. Elizabeth Davis, Asst. Pros. Atty., Liberty, for respondent.

Before BERREY, P.J., and ULRICH and HANNA, JJ.

## ORDER

Pique appeals a jury verdict finding him guilty of non-support of his minor daughter.

Judgment affirmed. Rule 84.16(b).